# EXHIBIT A

| IP Address | ISP | Date/Time (UTC) |
|---|---|---|
| 173.172.71.47 | Road Runner | 2011-11-07 21:26:57 |
| 173.173.85.162 | Road Runner | 2011-09-06 20:26:52 |
| 173.57.128.4 | Verizon Online | 2011-10-21 06:44:09 |
| 173.57.60.68 | Verizon Online | 2011-09-16 13:15:34 |
| 173.57.76.206 | Verizon Online | 2011-09-22 17:34:54 |
| 173.71.62.26 | Verizon Online | 2011-09-30 07:04:35 |
| 173.74.16.15 | Verizon Online | 2011-11-25 23:23:16 |
| 173.74.23.191 | Verizon Online | 2011-10-27 07:13:51 |
| 173.74.95.109 | Verizon Online | 2011-11-07 20:20:50 |
| 174.126.223.137 | Cable One | 2011-12-12 00:36:16 |
| 184.7.244.18 | Embarq Corporation | 2011-11-03 22:51:17 |
| 24.155.117.78 | Grande Communications | 2011-09-07 20:33:23 |
| 24.155.219.141 | Grande Communications | 2011-10-26 23:49:28 |
| 24.155.243.135 | Grande Communications | 2011-11-11 22:56:09 |
| 50.22.68.146 | SoftLayer Technologies | 2011-09-13 01:11:51 |
| 50.8.7.34 | Clearwire | 2011-09-21 07:51:46 |
| 64.189.5.69 | tw telecom | 2011-11-09 01:40:18 |
| 68.90.236.211 | AT&T Internet Services | 2011-12-15 15:18:52 |
| 70.123.102.154 | Road Runner | 2011-10-07 06:36:20 |
| 70.240.181.116 | AT&T Internet Services | 2011-09-13 01:11:51 |
| 71.123.247.236 | Verizon Online | 2011-10-18 11:21:54 |
| 71.150.83.215 | AT&T Internet Services | 2011-10-08 23:24:55 |
| 72.190.75.28 | Road Runner | 2011-10-19 18:29:19 |
| 72.46.195.91 | ETS Telephone Company | 2011-09-22 14:18:08 |
| 72.64.106.86 | Verizon Online | 2011-10-27 23:16:20 |
| 74.192.223.221 | Suddenlink Communications | 2011-09-15 03:42:34 |
| 76.184.241.248 | Road Runner | 2011-11-12 10:01:35 |
| 76.185.121.31 | Road Runner | 2011-11-14 18:09:10 |
| 76.186.210.77 | Road Runner | 2011-10-05 07:45:44 |
| 76.187.224.179 | Road Runner | 2011-10-21 02:34:04 |
| 76.187.231.79 | Road Runner | 2011-10-14 21:17:36 |
| 76.187.77.204 | Road Runner | 2011-09-27 14:32:03 |
| 76.31.64.196 | Comcast Cable Communications | 2011-09-23 18:12:00 |
| 96.226.77.96 | Verizon Online | 2011-11-13 15:53:38 |
| 98.195.104.241 | Comcast Cable Communications | 2011-10-03 16:37:03 |
| 98.195.164.62 | Comcast Cable Communications | 2011-11-19 06:11:18 |
| 98.196.109.224 | Comcast Cable Communications | 2011-09-30 19:05:15 |
| 98.197.151.125 | Comcast Cable Communications | 2011-11-13 04:28:59 |
| 98.199.225.138 | Comcast Cable Communications | 2011-10-08 00:48:13 |
| 99.106.7.138 | AT&T Internet Services | 2011-10-18 04:46:15 |
| 99.14.169.95 | AT&T Internet Services | 2011-09-07 09:54:40 |
| 99.156.84.62 | AT&T Internet Services | 2011-09-07 15:08:34 |
| 99.168.97.26 | AT&T Internet Services | 2011-12-09 06:30:07 |
| 99.184.84.98 | AT&T Internet Services | 2011-09-08 07:28:42 |
| 99.45.209.125 | AT&T Internet Services | 2011-11-15 03:00:38 |
| 99.99.156.86 | AT&T Internet Services | 2011-11-08 06:59:36 |