# *-APPLICATION-*

## Title

**Title of Work:** FTV - Malena

## Completion/Publication

**Year of Completion:** 2011

**Date of 1st Publication:** September 3, 2011     **Nation of 1st Publication:** United States

## Author

- **Author:** First Time Videos LLC
  **Author Created:** entire motion picture

  **Work made for hire:** Yes
  **Citizen of:** United States     **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** First Time Videos LLC
2300 W. Sahara Ave, Suite 1000, Las Vegas, NV

## Certification

**Name:** Peter Hansmeier
**Date:** October 26, 2011

**Registration #:**
**Service Request #:** 1-677992262

**Priority:** Routine        **Application Date:** October 26, 2011 05:08:39 PM

## Correspondent ——————————————————————————

**Organization Name:** Steele Hansmeier, PLLC
**Name:** John Steele
**Email:** jlsteele@wefightpiracy.com
**Address:** 1111 Lincoln Rd., Suite 400
Miami Beach, FL 33139 United States

## Mail Certificate ——————————————————————————

Steele Hansmeier, PLLC
John Steele
1111 Lincoln Road, Suite 400
Miami Beach, FL 33139  United States