| UNITED STATES DISTRICT COURT | | SOUTHERN DISTRICT OF TEXAS |
|---|---|---|

First Time Videos, LLC, §
§
      Plaintiff, §
§
versus §      Civil Action H-11-4431
§
Does 1-46, §
§
      Defendant. §

## Order for Subpoena

1. First Time may subpoena the internet service providers with a thirty-day return.

2. The providers must give First Time this information about each person on the list whom it has assigned an internet protocol address.
    - Name
    - Address
    - Telephone number
    - Email address
    - Media access control address

3. First Time may only use this information to identify the person to whom the provider has assigned the address, without the express permission of the court.

Signed on February __3__, 2012, at Houston, Texas.

Lynn N. Hughes
United States District Judge