| | | |
|---|---|---|
| United States District Court | | Southern District of Texas |

First Time Videos, LLC, §
§
      Plaintiff, §
§
versus §      Civil Action H-11-4431
§
Does 1-46, §
§
      Defendant. §

## Order to Report

First Time Videos must report the status of its case by March 7, 2012.

Signed on February 29, 2012, at Houston, Texas.

_____
Lynn N. Hughes
United States District Judge