| | | |
|---|---|---|
| United States District Court | | Southern District of Texas |

First Time Videos, LLC, §
§
    Plaintiff, §
§
versus §    Civil Action H-11-4431
§
Does 1-46, §
§
    Defendant. §

## Order Striking Report

The court ordered First Time Videos to report by March 7, 2012. When it had not reported by March 15, the court called its counsel to ask on the status of the case. A few hours later, First Time sent an e-mail to the court's case manager attaching a three week old report. The next day, First Time filed it without a caption or a signature by counsel.

The court is not an ex-girlfriend's Facebook wall. All documents must be filed with the court, captioned, signed by counsel, and with service certified.

The report filed by First Time on March 16, 2012, is struck.

Signed on March 16, 2012, at Houston, Texas.

                                                Lynn N. Hughes
                                      United States District Judge