IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| FIRST TIME VIDEOS LLC, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>DOES 1 – 46, )<br>)<br>Defendants. )<br>)<br>_____) | CASE NO. 4:11-cv-4431<br><br>Judge: Hon. Lynn N. Hughes |

**PLAINTIFF'S MARCH 19, 2012 STATUS REPORT**

Plaintiff, First Time Videos LLC, files this Status Report regarding the expedited discovery sought to identify the Doe Defendants through subpoenaed records of their Internet Service Providers. The report is late, and should have been filed March 7, 2012. This report is current as of March 18, 2012. The term "records" means the name, addresses, telephone numbers, email addresses, and Media Access Codes for the Does Defendants' IP Addresses provided and set out in Exhibit A to the Complaint (ECF No. 1) in this case. Subpoenas were last sent February 7, 2012, and there will not be any more sent in this case.

    Total Doe Defendants: 46

    Records being sought: 30

    Internet Service Providers:

1) AT&T Internet Services- ten (10) Does- Subpoena issued 2/7/12 to be returned 3/12/2012.

1

Status: AT&T has objected to the subpoena, and negotiations are ongoing pending an agreement or, if no agreement, a Motion to Compel. No records received.

2) Cable One- Subpoena issued 2/6/2012 to be returned 3/12/2012

Status: Given an extension to 3/29/2012

3) Clearwire- Did not serve because only one Doe.

4) Comcast- Six (6) Does-subpoena issued 2/7/12 to be returned 3/12/2012

Status: 3/12/2012 Comcast says they cannot produce documents until shortly after their subscriber deadline to file Motion to Quash, which is 3/19/2012. As of March 18, 2012 no motions to quash had been filed by subscriber Does.

5) Embarq Corporation and ETS Telephone Company have responded-each with one Doe.

6) Grande Communications- three (3) Does- did not serve- will not serve.

7) Road Runner- ten (10) Does- did not serve-will not serve.

8) SoftLayer Technologies- one (1) Doe- did not serve-will not serve

9) Suddenlink Communications- one (1) Doe-response is in the mail but not received yet.

10) TW Telecom- one Doe – did not serve-will not serve.

11) Verizon Online – ten (10) Does- Verizon will respond on April 1, 2012.

In sum, records for thirty (30) Doe Defendants are expected. Only two have been received with eighteen (18) expected in the next thirty (30) days. The negotiations or litigation with AT&T Internet Services over ten Doe Defendant records will be the last records to be received. It is not currently known when that will occur.

Respectfully submitted,

First Time Videos LLC

DATED: March 17, 2012

By:   **DOUGLAS M. MCINTYRE & ASSOCIATES**

/s/ Douglas M. McIntyre
**DOUGLAS M. MCINTYRE (TX# 13681800)**
720 North Post Oak Road, Suite 610
Houston, Texas 77024
(713) 681-2611
(713) 461-3697– facsimile

COUNSEL FOR PLAINTIFF