| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

First Time Videos, LLC, §
§
      Plaintiff, §
§
versus §    Civil Action H-11-4431
§
Does 1-46, §
§
      Defendant. §

## Order Setting Conference

1. On May 29, 2012, First Time's claims against the unidentified defendants will be stayed; it may pursue its claims against the ones that it has found.

2. A conference will be held on:

> May 29, 2012,
> at 3:00 p.m. in
> Judge Hughes's Chambers
> United States Court House
> 515 Rusk Avenue, Room 11122
> Houston, Texas 77002.

Signed on April 16, 2012, at Houston, Texas.

                                                                  Lynn N. Hughes
                                             United States District Judge