IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

---

| | |
|---|---|
| FIRST TIME VIDEOS, LLC, | CASE NO. 4:11-CV-04431 |
| Plaintiff, | Judge: Lynn N. Hughes |
| v. | |
| DOES 1 – 46, | |
| Defendants. | |

---

### PLAINTIFF'S MOTION FOR DISMISSAL WITHOUT PREJUDICE

Plaintiff, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, hereby dismisses, without prejudice, all causes of action in the complaint against all the Does. None of the Does have filed an answer to the complaint, nor a motion for summary judgment with respect to the same. Dismissal under Rule 41(a)(1) is therefore appropriate.

**DATED:** May 24, 2012

By:   **DOUGLAS M. MCINTYRE & ASSOCIATES**

/s/ Douglas M. McIntyre
DOUGLAS M. MCINTYRE (TX# 13681800)
720 North Post Oak Road, Suite 610
Houston, Texas 77024
Telephone: (713) 681 – 2611
Facsimile: (713) 461 – 3697
*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on May 24, 2012, all individuals of record who are deemed to have consented to electronic service are being served true and correct copy of the foregoing documents, and all attachments and related documents, using the Court's ECF system, in compliance with Local Rule 5.3.

      /s/ Douglas M. McIntyre
      DOUGLAS M. MCINTYRE