UNITED STATES DISTRICT COURT     SOUTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| First Time Videos, LLC, | § § § | |
| Plaintiff, | § § | |
| versus | § § | Civil Action H-11-4431 |
| Does 1-46, | § § § | |
| Defendant. | § | |

## Order Setting Hearing

A hearing will be held before Judge Lynn N. Hughes on why First Time Videos should not surrender to the court the documents that it has received by subpoena.

May 29, 2012,
at 3:00 p.m.
Courtroom 11-C, Eleventh Floor
United States Court House
515 Rusk Avenue
Houston, Texas 77002

Signed on May 25, 2012, at Houston, Texas.

                    _____
                            Lynn N. Hughes
                        United States District Judge