Civil Courtroom Minutes

| | |
|---|---|
| JUDGE | Lynn N. Hughes |
| CASE MANAGER | Glenda Hassan |
| LAW CLERK | ☐ Kaufman  ☑ Wilder  ☐ |
| DATE | May 29, 2012 |
| TIME | 2:56 p.m. — 3:16 p.m. |
| CIVIL ACTION | H — 11 — 4431 |
| STYLE | First Time Videos, LLC *versus* Does 1-46 |

DOCKET ENTRY

☐ Conference;  ☑ Hearing;  _____ day  ☐ Bench  ☐ Jury Trial  (Rptr: Slavin )

D. McIntyre _____ for ☑ Ptf. # _____ ☐ Deft. # _____
_____ for ☐ Ptf. # _____ ☐ Deft. # _____
_____ for ☐ Ptf. # _____ ☐ Deft. # _____
_____ for ☐ Ptf. # _____ ☐ Deft. # _____

☐  All motions not expressly decided are denied without prejudice.
☑  **Evidence taken** [exhibits or testimony].
☑  Argument heard on:  ☑ all pending motions;  ☐ these topics:
_____
_____

☐  Motions taken under advisement: _____
☑  Order to be entered.
☑  Internal review set: June 11, 2012
☐  Rulings orally rendered on: _____