| United States District Court | Southern District of Texas |
|---|---|

First Time Videos, LLC, §
§
      Plaintiff, §
§
versus §    Civil Action H-11-4431
§
Does 1-46, §
§
      Defendant. §

## Management Order

1. On its oral motion, First Time Videos' motion to dismiss without prejudice is withdrawn.

2. By June 6, 2012, First Time must file under seal a thorough report on Does 1-46, including (a) the names of the Does and their assigned numbers, (b) the number of times First Time has contacted them and how, and (c) their responses.

Signed on May 29, 2012, at Houston, Texas.

                                            Lynn N. Hughes
                                 United States District Judge