| | | |
|---|---|---|
| United States District Court | | Southern District of Texas |

First Time Videos, LLC, § 
 § 
       Plaintiff, § 
 § 
versus §     Civil Action H-11-4431 
 § 
Does 1-46, § 
 § 
       Defendant. § 

# Order

1. The court proposes to dismiss this case with prejudice. It would be preclusive against potential defendants that have been identified but not named, and the four settlements would subsist.

2. First Time Videos may tell the court a rational alternative by June 15, 2012.

Signed on June 12, 2012, at Houston, Texas.

Lynn N. Hughes
United States District Judge