| UNITED STATES DISTRICT COURT | | SOUTHERN DISTRICT OF TEXAS |
|---|---|---|
| First Time Videos, LLC, | § § § | |
| Plaintiff, | § § | |
| versus | § § | Civil Action H-11-4431 |
| Does 1-46, | § § | |
| Defendant. | § § | |

## Order Sealing Report

The public may not access First Time Videos's status report filed on June 7, 2012, and the court staff may not unofficially access it. (19)

Signed on June 8, 2012, at Houston, Texas.

Lynn N. Hughes
United States District Judge