IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

---

| | |
|---|---|
| FIRST TIME VIDEOS, LLC,<br>         Plaintiff, | CIVIL ACTION NO. 4:11-cv-4431 |
| v. | Judge: Lynn N. Hughes |
| DOES 1 – 46, | |
| | **ORDER** |
|          Defendants. | |

---

## ORDER DISMISSING WITH PREJUDICE

The Court has reviewed Plaintiff's Motion for Dismissal With Prejudice for all causes of action against all Does.

IT IS ORDERED that Plaintiff may let the four settlements subsist, and must detroy all information gained from the subpoenaes issued pursuant to the Order Granting Expedited Discovery (ECF No. 7) in this case. Additionally, Plaintiff shall turn over to the Court a CD with all the identifying information returned by the Internet Service Providers to Plaintiff in this case.

IT IS FURTHER ORDERED that Plaintiff will not contact, seek, or accept anything from any Defendants in this case after June 14, 2012.

IT IS ORDERED that this case is hereby DISMISSED with prejudice to refiling.

DATED: 6·15·12

United States District Judge
Lynn N. Hughes

1